UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JENNIFER ANNE SAYLOR,

    Plaintiff,

v.

CHERYL N. BOYD,

    Defendant.                 No. 11-cv-1072-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 17, 2012, this case is **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:      /s/*Sara Jennings*
                          **Deputy Clerk**

Dated:   November 21, 2012

                David R. Herndon
                2012.11.21
                11:08:35 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT